UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>      Plaintiff(s),<br><br>v.<br><br>NYC CONVENIENCE 2 CORPORATION,<br><br>      Defendant(s). | 23-CV-5634 (DEH)<br><br>MEDIATION REFERRAL ORDER |

DALE E. HO, United States District Judge:

  A conference was held in this matter on November 8, 2023. For the reasons discussed at the conference it is hereby **ORDERED** that Defendants shall answer, move, or otherwise respond to the Complaint by **November 17, 2023.** An order referring the parties to mediation and a case management plan will issue separately.

  SO ORDERED.

Dated: November 9, 2023
   New York, New York

                     */s/ Dale E. Ho*
                     DALE E. HO
                 United States District Judge